IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:07mc3

| | )  | |
|---|---|---|
| IN RE: ROGER WADE RIZK | ) | |
| | ) | ORDER |
| | ) | |

**THIS MATTER** comes before the Court on motion of attorney Roger Wade Rizk for readmission to practice in this district. (Doc. No. 1).

Based on review of the motion and attached materials, the Court finds good cause to GRANT the motion.

**IT IS, THEREFORE, ORDERED** that Roger Wade Rizk is readmitted to practice in the Western District of North Carolina, subject to the terms of the Consent Order of Discipline of the Secretary of the North Carolina State Bar.

Signed: January 9, 2008

Robert J. Conrad, Jr.
Chief United States District Judge